IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr185-CSC |
| | ) | [21 USC 844(a)] |
| GEORGE E. GREEN | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

On or about November 2, 2004, in Montgomery, Alabama, in the Middle District of Alabama,

**GEORGE E. GREEN,**

the Defendant herein, did knowingly and intentionally possess approximately 30.7 grams of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

LEURA G. CANARY
United States Attorney

Christa D. Deegan
Assistant United States Attorney