**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 2:07-cr-185-CSC** |
| | ) | |
| **GEORGE E. GREEN** | ) | |

**NOTICE OF INTENT TO ENTER GUILTY PLEA**

Comes now the Defendant, George E. Green, by and through the undersigned counsel, Leonid J. Tasheiko, and notifies the Court of his intent to enter a plea of guilty to one misdemeanor count to wit: Possession of Methamphetamine.

**RESPECTFULLY SUBMITTED** this the 4th day of September 2007

*Leonid J. Tasheiko*

Leonid J. Tasheiko, Esq.
Attorney for the Defendant

**OF COUNSEL:**
Leonid J. Tasheiko, Esq. (TAS002)
Attorney at Law
PO Box 654
Fairhope, Alabama 36533
251.625.1761 voice  443.583.1423 (fax)
leon.tasheiko@ljtinc.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-185-CSC |
| | ) | |
| GEORGE E. GREEN | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon Christa D. Deegan, Esq., Assistant US Attorney, at US Attorney's Office, MDAL, 131 Clayton Street, Montgomery, AL 36104 via US Mail, postage prepaid and properly addressed this the 4th day of September, 2007. Additionally a copy of the foregoing was also sent via email at the following email address Christa.D.Deegan@usdoj.gov.

*Leonid J. Tasheiko*

**Leonid J. Tasheiko, Esq.**
**Of Counsel**