IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr185-CSC |
| ) | |
| GEORGE E. GREEN ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #5) filed on September 5, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **September 11, 2007**, at **10:00 a.m.,** in **Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 5th day of September, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE