IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:07CR185-CSC |
| | ) | |
| GEORGE E. GREEN | ) | |

**ORDER**

For good cause, it

**ORDERED** that the defendant is set for Sentencing on **October 11, 2007 at 10:00 a.m.**, before the undersigned Magistrate Judge, in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 12th day of September, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE