# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:07-CR-185-CSC** |
| | ) | |
| **GEORGE E. GREEN** | ) | |

## ORDER

Upon consideration of the *Motion to Substitute Counsel,* (doc. #15) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 11th day of October, 2007.

                                               /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE