IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO. 2:07CR000185-001 |
| GEORGE GREEN, | ) ) ) |
| Defendant. | ) ) ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

BY:  /s/ R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    BAR NO.  9083-E56R
    P.O. Box 197
    Montgomery, AL   36101
    Telephone No.:  (334) 223-7280
    Facsimile No.:   (334) 223-7201
    E-Mail:  **rand.neeley@usdoj.gov**

Dated: April 24, 2008

Judgment Dated  October 11, 2007

Judge:  Charles S. Coody

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon George Green, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 3060 Green Forest Court, Enterprise, AL  36330, this the 24th day of April, 2008.

                                        /s/ R. Randolph Neeley  
                                        Assistant United States Attorney

Post Office Box 197  
Montgomery, AL 36101  
Office:  (334)  223-7280  
   Fax:  (334) 223-7201